IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JAIME HERNANDEZ, | § | |
| (Comal County #645393), | § | |
| | § | |
| V. | § | W-22-CV-021-ADA |
| | § | |
| 27th JUDICIAL DISTRICT of | § | |
| BELL COUNTY, and MARK | § | |
| REYNOLDS. | § | |

### FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed as untimely Petitioner Jaime Hernandez's Petition for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Jaime Hernandez's Petition for Habeas Corpus Relief is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

It is finally **ORDERED** that the above styled and numbered cause is **CLOSED**.

SIGNED this 14th day of February, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE